**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1033**

———————————

KRISTY FRYE,

        Plaintiff - Appellant,

    v.

AMERICAN COLLEGE OF RADIOLOGY,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:19-cv-00080-AJT-IDD)

———————————

Submitted:  May 13, 2024                      Decided:  May 15, 2024

———————————

Before NIEMEYER and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kristy Frye, Appellant Pro Se.  Thomas Patrick Murphy, Jason Alexander Ross, Alyssa Beatrice Testo, JACKSON LEWIS PC, Reston, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristy Frye appeals the district court's order denying her motion for relief from the judgment pursuant to Fed. R. Civ. P. 60(b)(4), (6).  We have reviewed the record and find no reversible error.  *See Fed. Trade Comm'n v. Ross*, 74 F.4th 186, 190 (4th Cir. 2023) (noting standards of review).  Accordingly, we affirm the district court's order.  *Frye v. Am. Coll. of Radiology*, No. 1:19-cv-00080-AJT-IDD (E.D. Va. Dec. 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*